| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kravitz, Mark R. | 2. Court or Organization<br><br>District Court-Connecticut | 3. Date of Report<br><br>04/27/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>141 Church Street<br>NewHaven, CT 06510 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 (trust for ███████████) |
| 2. Trustee | Trust # 2 (trust for ███████████) |
| 3. Custodian | ███ # 1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Kravitz_Mark_R**

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 04/27/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 2008 | Carlsbad, CA | Lecture: Annual Meeting | Transportation, lodging, meals |
| 2. | American Judicature Society | October 2008 | Lawrence, KS | Devitt Award Presentation | Transportation, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 04/27/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Powershares 100 Trust (QQQ) | A | Dividend | | | Sold | 10/16 | J | | |
| 2. Third Avenue Value Fund | A | Dividend | M | T | | | | | |
| 3. Third Avenue Real Estate Value | A | Dividend | K | T | Sold (part) | 02/04 | L | | |
| 4. Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 5. Fidelity AMT Tax-Free Money Market Fund | C | Distribution | M | T | | | | | |
| 6. Fidelity Cash Reserves | D | Distribution | M | T | | | | | |
| 7. Fidelity Cash Management Account | A | Dividend | L | T | | | | | |
| 8. Spartan Int'l Index Fid Advantage | A | Dividend | | | Sold | 10/10 | L | | |
| 9. Conn. Bond Due 06/15/10 | B | Interest | K | T | | | | | |
| 10. Guilford Savings Bank | A | Interest | J | T | | | | | |
| 11. Pacific Ethanol Inc. | A | Dividend | J | Q | | | | | |
| 12. Fidelity Int'l Discovery Fund | A | Dividend | K | T | | | | | |
| 13. Fidelity Spartan Mkt Index Investor Class | B | Distribution | K | T | | | | | |
| 14. Fidelity Spartan 500 Index Advantage Class | B | Distribution | L | T | | | | | |
| 15. Fidelity CT Municipal Money Mkt Fund | E | Distribution | P1 | T | | | | | |
| 16. Awbury Partners (see note 1) | G | Distribution | P2 | T | | | | | |
| 17. Saugatuck Capital V LLC (see note 2) | C | Distribution | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   IRA # 1 (Roll-Over IRA created 7/1/03) | | | | | | | | | |
| 19.   --Fidelity Cash Reserves | C | Interest | M | T | Buy | 10/15 | K | | |
| 20.   --Fidelity Diversified Int'l Fund | A | Dividend | K | T | Sold (part) | 10/15 | K | | |
| 21.   --Spartan 500 Index Fid Advantgae | B | Dividend | L | T | Sold (part) | 10/14 | K | | |
| 22.   --Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 23.   --Fidelity Puritan Fund | B | Dividend | K | T | | | | | |
| 24.   --Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 25.   --American Capital Strategies | D | Dividend | | | sold | 10/29 | K | | |
| 26.   --Third Avenue Value Fund | A | Dividend | M | T | | | | | |
| 27.   --Alpine Dynamic Dividend Fund | D | Dividend | L | T | | | | | |
| 28.   --Spartan Int'l Index Investors | B | Distribution | L | T | | | | | |
| 29.   --Goldman Sachs | A | Dividend | K | T | Buy | 11/26 | J | | |
| 30.   --General Electric | A | Dividend | J | T | Buy | 11/26 | J | | |
| 31.   --Genzyme Corp. | A | Dividend | K | T | Buy | 10/15 | K | | |
| 32.   IRA # 2 | | | | | | | | | |
| 33.   --Janus Orion Fund (see note 2) | A | Distribution | K | T | | | | | |
| 34.   IRA #3 (note 5) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --Government Securities Fund | A | Distribution | L | T | | | | | |
| 36. Custodian Account # 1 | | | | | | | | | |
| 37. --Fidelity Cash Management Account | A | Interest | K | T | | | | | |
| 38. --Spartan 500 Index Investor Class | A | Dividend | K | T | | | | | |
| 39. --Third Avenue Value Fund | A | Distribution | L | T | | | | | |
| 40. --American Capital Strategies | A | Dividend | J | T | | | | | |
| 41. --Fidelity Contrafund Fund | A | Dividend | K | T | | | | | |
| 42. --Fidelity Cash Reserves | A | Distribution | J | T | | | | | |
| 43. --Awbury Partners (see note1) | D | Distribution | O | T | | | | | |
| 44. Trust # 3 (see note 3) | | | | | | | | | |
| 45. --Awbury Partners (see note 1) | E | Distribution | | | Distributed | 06/21 | | | |
| 46. --General Electric Corp. | A | Dividend | | | Distributed | 06/21 | | | |
| 47. --SprintNextel Corp | A | Dividend | | | Distributed | 06/21 | | | |
| 48. --Embarq Corp. (see note 4) | A | Dividend | | | Distributed | 06/21 | | | |
| 49. --Oracle Common Stock | A | Dividend | | | Distributed | 06/21 | | | |
| 50. --Fidelity Cash Reserves | A | Interest | | | Distributed | 06/21 | | | |
| 51. --Fidelity Cash Management Account | C | Interest | | | Distributed | 06/21 | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,000 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Fidelity New Markets Income Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 53. --Fidelity Small Cap Stock Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 54. --Fidelity Mid Cap Stock Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 55. --Fidelity Short Term Bond Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 56. --Fidelity Fifty Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 57. --Alpine US Real Estate Equity Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 58. --Alpine Int'l Real Estate | A | Distribution | | | Distributed | 06/21 | | | |
| 59. --Third Avenue Real Estate Value | A | Distribution | | | Distributed | 06/21 | | | |
| 60. --Marsico Growth Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 61. --Sound Shore Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 62. --Third Avenue Value Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 63. --Vanguard Inter-Term Bond Index Fund | A | Distribution | | | Distributed | 06/21 | | | |
| 64. Trust # 4 | | | | | | | | | |
| 65. --Awbury Partners (see note 1) | D | Distribution | O | T | | | | | |
| 66. --Fidelity Cash Management Account | B | Interest | M | T | | | | | |
| 67. --Third Avenue Value Fund | A | Distribution | K | T | | | | | |
| 68. --American Century Ultra Fund | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Trust # 5 | | | | | | | | | |
| 70.  --Awbury Partners (see notes) | E | Distribution | P1 | T | | | | | |
| 71.  --Oracle Common Stock | A | Dividend | K | T | | | | | |
| 72.  --IShares MSCI EAFE Index Fund | A | Distribution | | | Sold | 06/19 | K | | |
| 73.  --Spartan 500 Index Investors Class | A | Distribution | J | T | Sold (part) | 11/04 | J | | |
| 74.  --Fidelity Cash Reserves | C | Dividend | K | T | | | | | |
| 75.  --Fidelity Value | A | Distribution | | | Sold | 06/16 | J | | |
| 76.  --Third Avenue Value Fund | A | Distribution | K | T | Sold (part) | 10/14 | K | | |
| 77.  --Fidelity Contrafund | A | Distribution | K | T | Sold (part) | 10/14 | K | | |
| 78.  --Fidelity Cash Management Account | B | Interest | L | T | Buy | 11/05 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 04/27/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1: Awbury Partners, L.P. is a large diversified investment partnership that is managed by one, overall fund manager and five investment advisors. Awbury Partners is, in effect, a privately held mutual fund. Neither the reporting person, ██████████████ or any trust in which he is a trustee controls or determines either (1) who the fund manager or investment advisors are or (2) what investments Awbury Partners purchases or sells or when it does so. Thus, neither the reporting person, ████████████ or trusts in which he is a trustee has any control regarding the investments of Awbury Partners. The value of Awbury Partners' investments is determined quarterly on the basis of the value of the partnerships underlying investments.

NOTE 2: Saugatuck Capital V LLC is a private equity partnership, which is not controlled by either the reporting party ██████████ The partnership is currently wholly invested in Femco Holdings LLC, a privately held company located in Pennsylvania.

NOTE 3: Trusts ##1 and 2, which were shown on previous reports, were terminated effective as of 02/15/06 and all of the assets (which were cash) then held by the trusts were distributed in their entirety to the beneficiaries of the trusts, so that as of December 31, 2006, neither of these trusts existed. The other trusts will continue to be numbered from #3 to avoid confusion with prior reports. Trust #3 was terminated effective 06/21/08 and the assets within the trust were distributed in kind to the beneficiary of the Trust. As a result, as of December 31, 2008, Trust # 3 held no assets and nwas terminated. Trust #3 will not appear in future reports.

NOTE 4: The shares of Embarq Corp. were distributed as a spinoff from the sale of Sprint in lieu of fractional shares.

NOTE 5: The reporting party contributes each month to the Government Thrift Savings Plan in which the entire funds are, and have been, invested in the Government Securities Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544